UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSIE FELLER,

                         Plaintiff,

- against -

VASSAR COLLEGE,

                         Defendant.

05 CV 7439
Judge Conner

**RULE 7.1 STATEMENT**

Defendant, **VASSAR COLLEGE,** hereby make the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

The **VASSAR COLLEGE** is a domestic, not-for-profit organization authorized to do business in the State of New York. It is not a publically held corporation and has no parent corporation.

Dated: New York, New York
       September 16, 2005

                                            Respectfully submitted,

                                            **GORDON & SILBER, P.C.**

                                            By:_____
                                            Andrew B. Kaufman  (AK 6853)
                                            Attorneys for Defendant
                                            **VASSAR COLLEGE**
                                            Office and P.O. Address
                                            355 Lexington Avenue, 7th Floor
                                            New York, New York 10017
                                            (212) 834-0600

TO:   CHERIFF & FINK, P.C.
        Attorneys for Plaintiff
        2 Rector Street, Suite 2104
        New York, New York 10006-1893
        (212) 285-4100

BEM3465

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    }
                     } ss.:
COUNTY OF NEW YORK}

**Beverley E. Ming**, duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

That on the 16th day of September, 2005, deponent served the within **RULE 7.1 STATEMENT** upon:

CHERIFF & FINK, P.C.
Attorneys for Plaintiff
2 Rector Street, Suite 2104
New York, New York 10006-1893
(212) 285-4100

at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

_____
Beverley E. Ming

Sworn to before me this
16th day of September, 2005

_____
Notary Public

BEM3465                                                        2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSIE FELLER,

                  Plaintiff,                  05 CV 7439

  - against -                               Judge Conner

VASSAR COLLEGE,

                  Defendant.

===

**RULE 7.1 STATEMENT**

===

GORDON & SILBER, P.C.
Attorneys for Defendant
VASSAR COLLEGE
355 Lexington Avenue, 7th Floor
New York, New York 10017
(212) 834-0600

BEM3465