UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSIE FELLER,

                         Plaintiff,

-against-

VASSAR COLLEGE,

                         Defendant.
------------------------------------------------------------------X

Case No.: 05 CV 7439

ECF CASE

STIPULATION
**AND ORDER**

     IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

     Fax transmissions of this Stipulation may be signed in separate counterparts and may be submitted to the Court as if they were originals.

Dated:    New York, New York
             March 23, 2006

CHERIFF & FINK, P.C.

_____
KENNETH S. FINK (KSF-8325)
Attorneys for Plaintiff
JESSIE FELLER
2 Rector Street, Suite 2104
New York, New York 10006-1893
(212) 285-4100

_____
ANDREW KAUFMAN (6853)
Attorneys for Defendant
VASSAR COLLEGE
355 Lexington Avenue
New York, N.Y. 10017-6603
Attn: Andrew B. Kaufman, Esq.
GORDON + SILBER, P.C.

So Ordered   April 3, 2006

_____
William C. Conner
Senior Judge

E-COPIES MAILED TO COUNSEL OF RECORD_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```